UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JORGE PACHECO,
*on behalf of himself and class of similarly situated individuals*

                                 Plaintiffs,

    against-

CHICKPEA AT 14TH STREET INC.,
CHICKPEA AT HOUSTON INC.,
CHICKPEA AT LIC, INC.,
CHICKPEA AT PENN INC.,
CHICKPEA INTERNATIONAL INC.,
CHICKPEA ON 6TH AVENUE INC.,
CHICKPEA WORLD LLC,
C P AT LEXINGTON AVENUE INCORPORATED
d/b/a CHICKPEA,
C P AT MADISON AVENUE INCORPORATED
d/b/a CHICKPEA,
ALIMADE LLC d/b/a CHICKPEA,
and AKBARALI HIMANI,

                                 Defendants.
----------------------------------------------------------------X

ECF CASE

18 Civ. 6907 (JMF)(GWG)
[rel. 18 Civ. 251]

DEFENDANTS' NOTICE OF
MOTION TO DISMISS
PLAINTIFF'S AMENDED
COMPLAINT PURSUANT
TO FEDERAL RULES OF
CIVIL PROCEDURE 12(b)(6)

      PLEASE TAKE NOTICE that, upon the attached Memorandum of Law of Defendants CHICKPEA AT 14TH STREET INC., CHICKPEA AT HOUSTON INC., CHICKPEA AT LIC, INC., CHICKPEA AT PENN INC., CHICKPEA INTERNATIONAL INC., CHICKPEA ON 6TH AVENUE INC., CHICKPEA WORLD LLC, CP AT LEXINGTON AVENUE INCORPORATED d/b/a CHICKPEA, CP AT MADISON AVENUE INCORPORATED d/b/a CHICKPEA, ALIMADE LLC d/b/a CHICKPEA, and AKBARALI HIMANI **(hereinafter referred to as "Defendants"),** dated November 29 2018, the Declaration of Lee Nuwesra in Support of Defendants' Motion to Dismiss, dated November 29, 2018, the attached Exhibits 1-7, and all other

pleadings and proceedings had herein, Defendants will move this Honorable Court at the Thurgood Marshall Courthouse, Court Room 1105, located at 40 Centre Street, New York, New York, at a time and date to be set by the instant Honorable Court, for an Order pursuant to the Federal Rules of Civil Procedure 12(b)(6), dismissing the Amended Complaint of Plaintiff Jorge Pacheco in its entirety, with prejudice, and granting any further relief this Court may deem just and proper including but not limited to Attorney's Fees, and costs.

PLEASE TAKE FURTHER NOTICE, that a copy of any papers in opposition to this Motion shall be served on Defendants, at the address stated below in accordance with the Federal Rules of Civil Procedure, and the Local Rules of the Southern District Court of New York.

Dated: New York, New York
       November 29 2018

LAW OFFICES OF LEE NUWESRA

By: /s/
Lee Nuwesra, Esq.
*Attorney for Defendants*
Law Offices of Lee Nuwesra
One Grand Central Place
60 East 42nd Street, Suite. 1132
New York, NY 10165
Tel. #: (212) 370-8707
Email:  lnuwesra@optonline.net

To: C.K. Lee, Esq.
    Email: cklee@leelitigation.com
    William Brown, Esq.
    Email: will@leelitigation.com
    Anne Melissa Seelig, Esq.
    Email: anne@leelitigation.com
    LEE LITIGATION GROUP, PLLC
    *Attorneys for Plaintiff*
    30 East 39th Street, Second Floor
    New York, NY 10016
    Tel.: (212) 465-1188